UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------

MARY WEST, on behalf of herself and all others similarly situated,

                Plaintiff,

-against-

FLEET FARM E-COMMERCE ENTERPRISES LLC,

                Defendants.
------------------------------------------------------------

20-cv-4958 (AJN)(BCM)

**RULE 7.1 STATEMENT**

        Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, defendant Fleet Farm E-Commerce Enterprises, LLC, by its attorneys, Simon•Lesser PC, states that it is owned by Fleet Farm Wholesale Supply Co., LLC, which is indirectly owned by one or more subsidiaries of KKR & Co. Inc. (NYSE:KKR).

Dated: August 3, 2020
       New York, NY

                              SIMON•LESSER PC

                              By: _____
                                  Leonard F. Lesser, Esq.
                            355 Lexington Avenue, 10th Floor
                            New York, New York 10017
                            T. 212.599.5455
                            F. 212.599.5459
                            llesser@simonlesser.com
                            *Attorneys for defendant Fleet Farm E-Commerce Enterprises LLC.*