UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/1/2020
```

West.,

                Plaintiff,

         –v–

Fleet Farm E-Commerce Enterprises LLC,

                Defendant.

20-cv-04958 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

       An initial pretrial conference in this matter is scheduled for **October 2, 2020 at 3:30 PM**. The proceeding will be conducted via teleconference. The Court's dedicated conference line can be accessed at (888) 363-4749 by entering Access Code 919-6964, followed by the pound (#) key.

SO ORDERED.

Dated: September 30, 2020
        New York, New York

                                       ALISON J. NATHAN
                                 United States District Judge