USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/25/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X
                                                                      :
West,                                                                 :
                                                                      :
                              Plaintiff,                              :   20-cv-4958 (AJN)
                                                                      :
              -v-                                                     :   ORDER
                                                                      :
Fleet Farm E-Commerce Enterprises LLC,                                :
                                                                      :
                              Defendant.                              :
                                                                      :
---------------------------------------------------------------------- :
                                                                      X

ALISON J. NATHAN, United States District Judge:

      In light of the COVID-19 public health crisis, the Court will not hold the upcoming post-discovery conference in this case in person. Counsel should submit a joint status letter on ECF no later than seven days prior to the conference. The joint letter shall:

1) Include a statement confirming that all fact discovery has been completed (the parties should not assume that the Court will grant any extensions);

2) Include a statement regarding the status of any settlement discussions and whether the parties would like a referral to the Magistrate Judge or the Court-annexed Mediation Program for settlement discussions;

3) Include a statement regarding whether any party intends to move for summary judgment on or before the deadline specified in the CMP;

4) If no party intends to move for summary judgment, propose (a) a deadline for the submission of a joint final pre-trial order pursuant to Rule 5.A of the undersigned's Individual Practices in Civil Cases, and (b) potential trial dates; and

5) **Indicate whether they can do without a conference altogether.**

      If the parties indicate they can do without a conference, the conference will be cancelled. If a conference is held, it will be by telephone. The conference may be accessed by dialing (888) 363-4749 and entering access code 9196964. In either case, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-alison-j-nathan.

SO ORDERED.

Dated: February 25, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge

2